IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

WESTERN DIVISION

UNITED STATES OF AMERICA

V.  CRIMINAL NO. 5:19-cr-10-DCB-FKB

JAVONTE LAMAR BUTLER  DEFENDANT

ORDER

BEFORE THE COURT is Defendant Javonte Lamar Butler's ("Defendant") Motion for Extension of Date to Self-Surrender ("Motion") [ECF No. 28]. The Court, having examined the Motion, the record, the applicable legal authority, and being fully informed in the premises, finds as follows:

On December 10, 2019, the Court sentenced Defendant to an incarceration term of 15 months with a self-report date of January 27, 2020. [ECF No. 28] at 1. On January 21, 2020, Defendant filed this Motion in which he requests a 14-day extension. Id. at 2. Since filing the Motion, Defendant self-surrendered, served his term of incarceration, and was placed on supervised release. [ECF No. 30] at 1. As such, his Motion is now moot.

For the foregoing reasons, Defendant's Motion [ECF No. 28] shall be DENIED.

ACCORDINGLY,

1

IT IS HEREBY ORDERED that Defendant's Motion for Extension of Date to Self-Surrender [ECF No. 28] is DENIED.

SO ORDERED, this 8th day of May, 2023.

/s/ David Bramlette
DAVID C. BRAMLETTE
UNITED STATES DISTRICT JUDGE